LOTTIE WYKA, as Administratrix of the Estate of WLADYSLAW WYKA, Deceased, Respondent, v. JOHN BENEDICKS, Appellant.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.